**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

SCOTT M. BERUBE,

                    Plaintiff,

      v.                                                    **CIVIL ACTION**
                                                            **No. 4:24-cv-12196-DHH**

FAY SERVICING, LLC,

                    Defendant.

## JUDGMENT

Hennessy, M.J.,

___    JURY VERDICT.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    DECISION BY THE COURT.  This action came for a hearing before the Court.  The issues have been heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED

      In accordance with the Court's Order Granting Defendant Fay Servicing, LLC's Motion for Summary Judgment entered on January 28, 2026, Judgment is entered for Defendant.

SO ORDERED.

                                                    By the court,


Date: January 30, 2026                              /S/ Dawn King
                                                    Deputy Clerk

1